the British Isles re-established, and we therefore express our opinion that unless this relator, or any other person similarly situated, be actually deported within four months after such alien has exhausted his legal remedies, any further or other detention under pretense of awaiting opportunity for deportation would amount, and will amount, to an unlawful imprisonment, from which relief may be afforded by a new habeas corpus.

---

## UNITED STATES ex rel. BROWN et al. v. WALLIS, Immigration Com'r.

(Circuit Court of Appeals, Second Circuit. January 12, 1922.)

### No. 137.

Appeal from the District Court of the United States for the Southern District of New York.

Habeas corpus by the United States, on the relation of Edward D. Brown and others, against Frederick A. Wallis, as Immigration Commissioner, etc. From an order dismissing the writ, relators appeal. Affirmed.

Edward D. Brown, of New York City (Charles Hollender, of New York City, of counsel), for appellants.

William Hayward, U. S. Atty., of New York City (John Holley Clark, Jr., and James C. Thomas, Jr., Asst. U. S. Attys., both of New York City, of counsel), for appellee.

Before ROGERS, HOUGH, and MAYER, Circuit Judges.

PER CURIAM. Order affirmed in open court.

---

## BERGDOLL et al. v. UNITED STATES,
and four other allied cases.*

(Circuit Court of Appeals, Third Circuit. February 16, 1922. Rehearing Denied March 17, 1922.)

### Nos. 2727-2731.

Criminal law ⬅1131(4)—Judgment satisfied cannot be reviewed and reversed.
  Where a lawful sentence of fine and imprisonment was imposed on defendant, with a proviso that on payment of the fine before close of the term the sentence of imprisonment would be remitted, and defendant, after obtaining a writ of error and supersedeas, paid the fine before close of the term, such action *held* to require dismissal of the writ of error, since it deprived the appellate court of power to reverse the judgment, which had been satisfied, and grant a new trial for the same offense.

In Error to the District Court of the United States for the Eastern District of Pennsylvania; Oliver B. Dickinson, Judge.

Criminal prosecutions by the United States against Emma C. Bergdoll and others, with four other allied cases. Judgments of conviction (272 Fed. 498), and defendants bring error. Dismissed.

---

⬅For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes
*Certiorari denied 257 U. S. —, 42 Sup. Ct. 589, 66 L. Ed. —.